FILED
CLERK, U.S. DISTRICT COURT

9/24/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>VLADISLAV KONSTANTIN AKSENOV,<br><br>　　　　Defendant. | CR  2:21-cr-00452-JFW<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 912: False Impersonation of a Federal Officer and Employee] |

　　The Grand Jury charges:

[18 U.S.C. § 912]

　　On or about July 13, 2021, in Los Angeles County, within the Central District of California, defendant VLADISLAV KONSTANTIN AKSENOV falsely assumed and pretended to be an officer and employee acting under the authority of the United States and a department and agency thereof, namely, a federal officer and employee of the Federal Bureau of Investigation ("FBI") and the United States Secret Service ("USSS"), knowing that he was not in fact an officer or employee of the FBI or the USSS, and acted as such by, among other things: (1) knocking on the door of an individual's home and displaying a badge that purported to bear a U.S. seal; (2) identifying himself to

the individual as an FBI agent; and (3) soliciting information from the individual and demanding access to the individual's garage.

                                            A TRUE BILL

                                                 /S/
                                          Foreperson

TRACY L. WILKISON
Acting United States Attorney

*[signature]*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes Section

SOLOMON KIM
Assistant United States Attorney,
General Crimes Section